## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| DANIELLE HINES, KELSIE NOEL, and KAYLEIGH SAWYER, | ) ) ) | |
| Plaintiffs, | ) ) | No. 2:23-cv-02491-TLP-tmp |
| v. | ) ) | JURY DEMAND |
| ONEW COMPANY, LLC, et al., | ) ) | |
| Defendants. | ) | |

## JUDGMENT

**JUDGMENT BY THE COURT**.  This action came before the Court on Plaintiffs' Complaint filed on August 9, 2023.  (ECF No. 1.)  In accordance with Plaintiffs' Stipulation of Voluntary Dismissal (ECF No. 9), and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

January 2, 2024
Date